UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 20-51 |
| BOAZ MANOR,<br>  a/k/a "Shaun MacDonald," and<br>EDITH PARDO,<br>  a/k/a "Edith Pardo Mehler"<br>  a/k/a "Edith Mehler" | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Vijay Dewan, Assistant U.S. Attorneys, appearing) and defendant Edith Pardo (by Lawrence S. Lustberg, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that she has the right to have this matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       (1)    This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution and the volume of discovery, as referenced below, such that it is

unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

  (2) The discovery in this case is voluminous, consisting of, among other things, financial records, email communications, and other electronically stored information, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

  (3) As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 22nd day of March, 2021,

ORDERED that this action be, and hereby is, continued under the Speedy Trial Act from the date this Order is signed through and including June 30, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including June 30, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                          s/Stanley R. Chesler, U. S. D.J.
                                                          HON. STANLEY R. CHESLER
                                                          United States District Judge

Form and entry consented to:

/s/ Vijay Dewan
_____
Vijay Dewan
Assistant U.S. Attorney

/s/ Lawrence S. Lustberg
_____
Lawrence S. Lustberg, Esq.
Counsel for Defendant Edith Pardo